## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  June 18, 2015                D-31-15
_____

In the Matter of KIMBERLY A.
    SHOEN, an Attorney.                    MEMORANDUM AND ORDER
                                                ON MOTION
(Attorney Registration No. 2696888)

_____


Calendar Date: June 1, 2015

Before:  Garry, J.P., Egan Jr., Devine and Clark, JJ.

                        _____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Alison M. Coan of counsel), for Committee on Professional
Standards.

        Kimberly A. Shoen, Somersworth, New Hampshire, pro se.


                        _____


Per Curiam.

        Kimberly A. Shoen was admitted to practice by this Court in
1995 and in Maine in 1998.  She maintains an office for the
practice of law in New Hampshire, where she was admitted in 1995.

        By order dated August 2014, the Grievance Commission of the
Maine Board of Overseers of the Bar imposed a public reprimand
against Shoen for having viewed a document on opposing counsel's
unoccupied table, without counsel's knowledge or permission,
during a brief recess in a Family Court proceeding, a violation
of Maine Rules of Professional Conduct Rules 4.4 (a) and 8.4 (d).
Shoen has not filed a copy of the order of the Grievance
Commission with this Court (see Rules of App Div, 3d Dept [22
NYCRR] § 806.19 [b]).

        The Committee on Professional Standards now moves for an
order imposing discipline pursuant to this Court's rules (see

Rules of App Div, 3d Dept [22 NYCRR] § 806.19 [d]).  Shoen has filed an answer and affidavit setting forth the circumstances resulting in the discipline.  Having considered the conduct that gave rise to Shoen's discipline in Maine and her affidavit in mitigation, and having due regard for the discipline imposed by the Grievance Commission, we censure Shoen.

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur.

ORDERED that the motion of the Committee on Professional Standards is granted; and it is further

ORDERED that Kimberly A. Shoen is censured.

ENTER:

Robert D. Mayberger
Clerk of the Court